PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JOHNESE CARLEEN SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 2:24-cv-00015-SCR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND BRIEFING SCHEDULE** |

The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of 30 days to respond to Plaintiff's Motion for Summary Judgment in this case. In support of this request, the Commissioner respectfully states as follows:

1. The Commissioner's response to Plaintiff's Motion for Summary Judgment is due August 5, 2024. Defendant has not previously received an extension of this deadline.

2. Counsel for the Commissioner is in the process of consulting with his client on the defensibility of this matter. Counsel for the Commissioner believes that this short extension may resolve this matter without necessitating this Court to address the merits of this matter. Moreover, this brief extension would conserve judicial time and resources should the Parties be able to resolve this matter.

3. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that she has no objections.

4. This request is made in good faith and is not intended to unnecessarily delay the proceedings in this matter.

WHEREFORE, Defendant requests until September 4, 2024, respond to Plaintiff's Motion for Summary Judgment.

Date: *August 12, 2024*     LAW OFFICES OF LAWRENCE D. ROHLFING

By:     */s/ Laura E. Krank*\*
        LAURA E. KRANK
        *Authorized by email on August 12, 2024*
        Attorneys for Plaintiff

Date: *August 12, 2024*     PHILIP A. TALBERT
        United States Attorney
        Eastern District of California

By:     */s/ Caspar Chan*
        CASPAR CHAN
        Special Assistant United States Attorney
        Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED

Dated: August 9, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE