PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JOHNESE CARLEEN SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 2:24-cv-00015-SCR<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY REMAND** |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision. The parties agree that no specific aspect of the Commissioner's final decision is affirmed.

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing; develop the record as necessary; and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Date: <u>September 6, 2024</u>   LAW OFFICES OF LAWRENCE D. ROHLFING

By:   <u>/s/ Laura E. Krank*</u>
      LAURA E. KRANK
      *Authorized by email on September 6, 2024
      Attorneys for Plaintiff

Date: <u>September 6, 2024</u>   PHILIP A. TALBERT
                                  United States Attorney
                                  Eastern District of California

By:   <u>/s/ Caspar Chan</u>
      CASPAR CHAN
      Special Assistant United States Attorney
      Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED

Dated: September 6, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE